421 A.2d 208

**COMMONWEALTH of Pennsylvania**

v.

**Daniel GALICZYNSKI, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 30, 1980.

Decided Nov. 3, 1980.

420

Ronald P. Rusinak, Daniel R. Lovette, Asst. Public Defenders, Ebensburg, for appellant.

D. Gerard Long, Dist. Atty., Ebensburg, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Judgment of Sentence of the Court of Common Pleas of Cambria County is affirmed.